IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| **MARIE PATTERSON**<br>      **Plaintiff,** | )<br>)<br>)<br>)<br>) C.A. No. 18CV492JB-MU<br>) |
| **v.** | )<br>) |
| **GEORGIA PACIFIC, LLC,**<br>**TIMOTHY McILWAIN (Individually),**<br>      **AND**<br>**JEFFREY HAWKINS (Individually).** | )<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## PLAINTIFF'S RESPONSE IN PARTIAL OPPOSITION TO DOCUMENTS 7 AND 8 (DEFENDANTS MOTION TO DISMISS COUNT II OF THE COMPLAINT)

**COMES NOW** Plaintiff **MARIE PATTERSON** (hereinafter or "Plaintiff"), Pro Se and moves the court as follows, in this RESPONSE IN PARTIAL OPPOSIITON TO DOCUMENTS 7 AND 8 (DEFENDANTS MOTION TO DISMISS COUNT II OF THE COMPLAINT)   Plaintiff avers as follows:

1. To date there has been no discovery on this case.

   a. Plaintiff voluntarily agrees to dismiss Count II of the compliant without prejudice Pursuant to Fed. R. Civ P. 41 (a) (2).

   b. Plaintiff voluntarily agrees to dismiss Defendants Timothy McIlwain and Jeffrey Hawkins at this time without prejudice Pursuant to Fed. R. Civ P. 41 (a) (2).

2. To date there has been no discovery on this case.

   a. Plaintiff does not agree to substitute Defendant Georgia Pacific LLC with Alabama River Cellulose LLC.

   b. Plaintiff does agree to join Alabama River Cellulose LLC to the complaint Pursuant to Fed. R. Civ P. 19.

3. Plaintiff has not and does not agree to a trial without a jury (Document 8, Page 1, Footnote 1).

   a. Plaintiff demands a jury trial Pursuant to Fed. R. Civ P. 38.

4. Plaintiff does not agree with Defendants statement that service of individual defendants was insufficient. Plaintiff served the individual defendants at the registered agent for the corporate defendant. Individual defendants are still employees of the corporation.

   a. Plaintiff served the individual defendants at the last known address to her, which is the corporation.

b. Plaintiff was not informed prior to receiving document 7 and 8 in the mail that Defendants were being represented by Mack B Binion.

c. Yendelela Holston emailed Plaintiff. In this email she informed Plaintiff that she will represent all defendants in this action.

d. It is Plaintiffs understanding that counsel for defendants could accept service on behalf of the individual defendants.

## CONCLUSION

Plaintiff voluntarily agrees to dismiss Count II and individual Defendants Timothy McIlwain and Jeffrey Hawkins, without prejudice. Plaintiff agrees to join Alabama River Cellulose LLC as a Defendant. Plaintiff demands a jury trial.

Plaintiff respectfully asks the court to dismiss Count II and individual Defendants Timothy McIlwain and Jeffrey Hawkins, without prejudice, to join Alabama River Cellulose LLC as a Defendant, and to grant Plaintiff, a trial by jury.

Dated this 19 day of January, 2019

*Respectfully submitted,*

Marie Patterson
P.O. Box 445
Jackson, AL 36545

3

1-251-246-7402
anglewingsbecca@gmail.com
*Pro Se Litigant*

## CERTIFICATE OF SERVICE

I certify that a copy of this document was mailed to the person listed below on JAN 19 2019

Other party or his/her attorney:

Yendelela Neely Holston
Kilpatrick Townsend & Stockton LLP
Suite 2800 | 1100 Peachtree Street NE
Atlanta, GA USA 30309

Chang Yu
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Rd., Suite 1400
Raleigh, NC 27609

Mark Binion
Birskman & Binion, P.C.
P.O. Box 43
Mobile, AL 36601

Marie Patton
P.O. Box 445
Jackson, AL 36545

U.S. POSTAGE PAID
FCM LETTER
JACKSON, AL
36545
JAN 19, 19
AMOUNT
$0.50
R2304P119028-05

1000    36602

United States District Court
Southern District of Alabama
Clerk Office
113 St. Joseph St
Mobile, AL 36602

36602$3624 C005