# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARIE PATTERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 18-00492-JB-MU |
| **GEORGIA PACIFIC, LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered July 29, 2020 (Doc. 141), it

**ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE and ORDERED** this 29th day of July, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE